UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY GUNNIN and
DAN and DIANA MUELLER,

      Plaintiffs,

v.

Case No. 25-cv-12129
Honorable Linda V. Parker

VEOS USA, INC.,

      Defendant.

## ORDER DISMISSING PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION

On July 14, 2025, Plaintiffs initiated this lawsuit against Defendant asserting state-law claims, only. Plaintiffs premised federal subject-matter jurisdiction on the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2)(A), but they also alleged diversity jurisdiction under 28 U.S.C. § 1332(a)(1). Finding insufficient facts alleged in the Complaint to establish the requirements to establish jurisdiction under either statute, the Court entered a show cause order on July 16, 2025, requiring Plaintiffs to respond in writing within fourteen days as to why this matter should not be dismissed for lack of subject matter jurisdiction. As of this date, Plaintiffs have not responded to the show cause order.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Complaint against Defendant is

**DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and this matter is closed.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: August 6, 2025